**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.  13-cv-01571-RM-BNB

SUNCOR ENERGY (U.S.A.) INC.,
    a Delaware corporation,

    Plaintiff,

v.

PHILLIPS 66 COMPANY,
    a Delaware corporation, and
CONOCOPHILLIPS COMPANY,
    a Delaware corporation,

    Defendants.

_____

**ORDER SETTING HEARING ON
PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**
_____

THIS MATTER comes before the Court on Plaintiff's Preliminary Injunction Motion ("Motion") (ECF No. 10).  It is hereby **ORDERED** that a hearing on the Motion will be held on **Friday, July 12, 2013,** commencing at **9:00 a.m.** before Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado.

It is further **ORDERED** that on or before **9:00 a.m. on July 10, 2013**, the parties shall deliver to Chambers, Room A641, all pre-marked exhibits, in notebooks, which they intend to

offer at the hearing.  Except as otherwise modified in this Order, the Court's Practice Standards (Civil Cases) Section III.E. governing Exhibits for hearings shall apply.

DATED this 26th day of June, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge