**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

| | |
|---|---|
| SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation | : |
| | : |
| Plaintiff, | : |
| | : |
| -v- | : |
| | : Civil Action No.  1:13-cv-01571-RM-BNB |
| PHILLIPS 66 COMPANY, a Delaware corporation | : |
| | : |
| and | : |
| | : |
| CONOCOPHILLIPS COMPANY, a Delaware corporation | : |
| | : |
| Defendants. | : |

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Suncor Energy (U.S.A.) Inc. and Defendants, Phillips 66 Company and ConocoPhillips Company, jointly submit this Notice of Stipulated Dismissal *with Prejudice* of all of Plaintiff's claims against Defendants in this lawsuit. Each party to bear its own attorney fees and costs.

1

1393957

Dated this 12th day of July, 2013.

| | |
|---|---|
| *s/ Eric Fisher* | *s/ David Goldberg* |
| Eric Fisher | David Goldberg |
| efisher@rplaw.com | goldbergd@gtlaw.com |
| Daniel M. Reilly | Jeffrey Lippa |
| dreilly@rplaw.com | lippaj@gtlaw.com |
| John McHugh | Troy Eid |
| jmchugh@rplaw.com | eidt@gtlaw.com |
| REILLY POZNER LLP | Adam Ross |
| 1900 16th Street, Suite 1700 | rossa@gtlaw.com |
| Denver, CO 80202 | GREENBERG TRAURIG LLP |
| | 1200 17th Street, Suite 2400 |
| A. Christopher Young | Denver, CO 80202 |
| Jennifer L. Maher | |
| PEPPER HAMILTON LLP | *Attorneys for Defendants Phillips 66 Company* |
| 3000 Two Logan Square | *and ConocoPhillips* |
| 18th & Arch Streets | |
| Philadelphia, PA 19103 | |

*Attorneys for Plaintiff Suncor Energy (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, a true and correct copy of the foregoing Notice of Stipulated Dismissal with Prejudice was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Goldberg
goldbergd@gtlaw.com
Jeffrey Lippa
lippaj@gtlaw.com
Troy Eid
eidt@gtlaw.com
Adam Ross
rossa@gtlaw.com

*s/ Eric Fisher*
Eric Fisher

1393957                                              2